# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 12-9001-MC-NKL |
| ) | |
| WILLIAM ZANE., ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

**ORDER**

After conducting an independent review of the record and applicable law, the Court fully adopts the reports and recommendations of U.S. Magistrate Judge Matt J. Whitworth [Doc. # 9]. The IRS has made out a prima facie case for enforcement of the summons and Respondent William Zane has failed to show that the summons was issued for an improper purpose or was otherwise deficient. Respondent is hereby ordered to comply with the summons on a date and at a time agreed upon by Officer Eden R. Simpson and Respondent, but no later than thirty days after service of this Order upon Respondent. It is also ordered that the Clerk of the Court forward a copy of this Order to respondent William Zane at 1701 S. Summit Avenue, Sedalia, Missouri 65301-7763.

It is so ordered.

          s/ NANETTE LAUGHREY  
          NANETTE K. LAUGHREY  
          United States District Judge

Dated: July 16, 2012  
Jefferson City, Missouri