# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

UNITED STATES OF AMERICA,    )
    )
         Petitioner    )
    )
    v.    )    Case No. 12-9001-MC-NKL
    )
WILLIAM ZANE.,    )
    )
         Respondent.    )
    )
    )

## ORDER

After conducting an independent review of the record and applicable law, the

Court fully adopts the reports and recommendations of U.S. Magistrate Judge Matt J.

Whitworth [Doc. # 9]. The IRS has made out a prima facie case for enforcement of the

summons and Respondent William Zane has failed to show that the summons was issued

for an improper purpose or was otherwise deficient. Respondent is hereby ordered to

comply with the summons on a date and at a time agreed upon by Officer Eden R.

Simpson and Respondent, but no later than thirty days after service of this Order upon

Respondent. It is also ordered that the Clerk of the Court forward a copy of this Order to

respondent William Zane at 1701 S. Summit Avenue, Sedalia, Missouri 65301-7763.

It is so ordered.

                                         s/ NANETTE LAUGHREY
                                         NANETTE K. LAUGHREY
                                         United States District Judge

Dated: July 16, 2012
Jefferson City, Missouri

2